**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Brandon Marvisi (State Bar No. 329798)
bmarvisi@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213 • 532 • 2000
Facsimile: 213 • 532 • 2020

Attorneys for Plaintiffs
WHATSAPP LLC and META PLATFORMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND/SAN FRANCISCO DIVISION

| | |
|---|---|
| WHATSAPP LLC, a limited liability company organized under the laws of Delaware, and META PLATFORMS, INC. a Delaware corporation, | Case No.:  3:22-cv-05711 |
| | **PLAINTIFF META PLATFORMS, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| Plaintiffs, | |
| v. | |
| ROCKEY TECH HK LTD., a private limited company organized under the laws of Hong Kong, China, BEIJING LUOKAI TECHNLGY CO., LTD., a limited liability company organized under the laws of China, CHITCHAT TECHNOLOGY LTD., a limited liability company organized under the laws of Taiwan, collectively d/b/a "HeyMods," "Highlight Mobi," and "HeyWhatsApp," | |
| Defendants. | |

*Hunton Andrews Kurth LLP*
*550 South Hope Street, Suite 2000*
*Los Angeles, California 90071-2627*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Hunton Andrews Kurth LLP**
**550 South Hope Street, Suite 2000**
**Los Angeles, California 90071-2627**

### **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Meta Platforms, Inc. ("Meta")

states as follows:

1.  Meta has no parent corporation.

2.  To its knowledge, no publicly-held corporation owns 10 percent or more of Meta's stock.

Dated:  October 4, 2022                    **HUNTON ANDREWS KURTH LLP**

By:    /s/ Ann Marie Mortimer
Ann Marie Mortimer
Jason J. Kim
Brandon Marvisi
Attorneys for Plaintiffs
WHATSAPP LLC and META
PLATFORMS, INC.

Platform Enforcement and Litigation
WhatsApp LLC and Meta Platforms,
Inc.
Jessica Romero
Bridget Anne Freeman

PLAINTIFF META PLATFORMS, INC.'S CORPORATE DISCLOSURE STATEMENT