AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP LLC, et al., <br> *Plaintiff* <br> v. <br> ROCKEY TECH HK LTD., et al., <br> *Defendant* | ) <br> ) <br> ) Case No. 4:22-CV-05711-KAW <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs WhatsApp LLC and Meta Platforms, Inc.

Date: October 6, 2022

/s/ Jason J. Kim
*Attorney's signature*

Jason J. Kim, State Bar No. 221476
*Printed name and bar number*

Hunton Andrews Kurth LLP
550 S. Hope Street, Suite 2000
Los Angeles, California 90071
*Address*

kimj@HuntonAK.com
*E-mail address*

(213) 532-2000
*Telephone number*

(213) 532-2020
*FAX number*