**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Brandon Marvisi (State Bar No. 329798)
bmarvisi@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213-532-2000
Facsimile: 213-532-2020

Attorneys for Plaintiffs
WHATSAPP LLC and META PLATFORMS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| WHATSAPP LLC, a limited liability company organized under the laws of Delaware, and META PLATFORMS, INC. a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ROCKEY TECH HK LTD., a private limited company organized under the laws of Hong Kong SAR, China, BEIJING LUOKAI TECHNOLOGY CO., LTD., a limited liability company organized under the laws of China, CHITCHAT TECHNOLOGY LTD., a limited liability company organized under the laws of Taiwan, China collectively d/b/a "HeyMods," "Highlight Mobi," and "HeyWhatsApp," <br><br> Defendants. | CASE NO.:  4:22-CV-05711-KAW <br><br> **DECLARATION OF BRANDON MARVISI IN SUPPORT OF MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE [L.R. 16-2(d)]** <br><br> Current Date:      April 4, 2023 <br> Proposed Date:    October 3, 2023 <br> Time:              1:30 p.m. <br> Court Room:       TBD <br> Judge:           Magistrate Judge Kandis A. <br>                           Westmore <br><br> *[Notice of Motion and Motion to Continue Initial Case Management Conference and [Proposed] Order filed concurrently herewith]* <br><br> Complaint Filed:  October 4, 2022 <br> FAC Filed: November 18, 2022 |

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

4:22-CV-05711-KAW

**DECLARATION OF BRANDON MARVISI**

I, Brandon Marvisi, declare as follows:

1.      I am an attorney with the law firm of Hunton Andrews Kurth LLP, counsel of record for Plaintiffs WhatsApp LLC and Meta Platforms, Inc.  I have personal knowledge of the facts stated below, and if called upon to do so, would testify competently to those facts.

2.      On November 22, 2022 I sent an email to Defendants Rockey Tech HK Ltd., Beijing Luokai Technology Co., Ltd., and ChitChat Technology Ltd. (collectively, Defendants)—to their various email addresses identified in the complaint including contact@heymods.com, support@highlight.mobi, business@highlight.mobi, hr@imchitchat.com, heywateam@gmail.com, gb.wamods@gmail.com, cutebrady@gmail.com, 787493263@qq.com, and y.y@wuren.com— attaching the Complaint, Summons, and all other documents required for service under the Local Rules and requesting that they waive formal service of the same.  To date, I have received bounce back messages from only the contact@heymods.com and hr@imchitchat.com email addresses. Defendants have otherwise been unresponsive to my email.

3.      When Defendants did not respond, I engaged the services of Celeste Ingalls of Crowe Foreign Services, an experienced service of process vendor specializing in international litigation, to assist with service on Defendants Rockey Tech HK Ltd. and Beijing Luokai Technology Co., Ltd. via the Hague Convention.  I then coordinated the translation of the pleadings as required under the Hague Convention.

4.      Ingalls informed me that the documents required for service under the Hague Convention were sent abroad for service to the Hong Kong and Chinese central authorities on January 7, 2023.

5.      On March 20, 2023, I received a certificate of service for Defendant Rockey Tech HK Ltd. from the Hong Kong central authority noting that service was effectuated on February 22, 2023. To date, I have not received a certificate of any kind from the Chinese central authority as to service on Defendant Beijing Luokai Technology Co., Ltd.

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1                                                                                   4:22-CV-05711-KAW

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1    6.    Because Defendants have not yet appeared, Plaintiffs are unable to meet and confer

2 with them to limit any potential disagreements and bring them to the Court's attention prior to the

3 Initial Case Management Conference.  Absent this continuance, Plaintiffs and the Court will waste

4 resources that are best reserved until Defendants are served.

5    7.    This is the first request for time modification in this case.  Because Defendants have

6 not yet appeared and a scheduling order has not been entered, the requested continuance will have

7 minimal impact on the schedule for the case.

8    I declare under penalty of perjury that the foregoing is true and correct. Executed on

9 March 22, 2022 in Los Angeles, California.

10

11    By: _____

12          Brandon Marvisi

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

073923.0000093 DMS 301605463v1                    2                    4:22-CV-05711-KAW

DECLARATION OF BRANDON MARVISI IN SUPPORT OF PLAINTIFFS'
MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE [L.R. 16-2(d)]